# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR03-0090-LRR |
| | No. C04-0170-LRR |
| vs. | |
| | ORDER |
| SANDRA ANN THOMPSON, | |
| Defendant. | |

This matter appears before the court on the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Docket No. 43). The defendant filed her 28 U.S.C. § 2255 motion on December 9, 2004. On January 26, 2005, the court entered an order directing the government to respond to the defendant's claims. On March 28, 2005, the government complied with the court's order by filing a resistance and several exhibits. The defendant did not file a reply. The court now turns to consider the defendant's motion pursuant to 28 U.S.C. § 2255.

The court deems it appropriate to deny the defendant's 28 U.S.C. § 2255 motion for the reasons stated in the government's resistance. The government's brief adequately sets forth the law in the Eighth Circuit as applied to the facts in the defendant's case. Moreover, the court thoroughly reviewed the record and finds the denial of the defendant's 28 U.S.C. § 2255 motion results in no "miscarriage of justice" and is consistent with the "rudimentary demands of fair procedure." *Hill v. United States*, 368 U.S. 424, 428, 82 S. Ct. 468, 7 L. Ed. 2d 417 (1962). *See also United States v. Apfel*, 97 F.3d 1074, 1076 (8th Cir. 1996) ("Relief under 28 U.S.C. § 2255 is reserved for transgressions of constitutional rights and for a narrow range of injuries that could not have been raised for

the first time on direct appeal and, if uncorrected, would result in a complete miscarriage of justice.") (citing *Poor Thunder v. United States*, 810 F.2d 817, 821 (8th Cir. 1987)). Accordingly, the defendant's 28 U.S.C. § 2255 motion shall be denied.

**IT IS THEREFORE ORDERED**:

The defendant's 28 U.S.C. § 2255 motion (Docket No. 43) is DENIED.

**DATED** this 4th day of May, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system.
5/4/05 ksy